2

1  ANTHONY ASEBEDO (State Bar No. 155105)
   **MEEGAN, HANSCHU & KASSENBROCK**
2  Attorneys at Law
   11341 Gold Express Drive, Suite 110
3  Gold River, CA  95670
   Telephone:  (916) 925-1800
4  Facsimile:  (916) 925-1265

5  Proposed Attorneys for the Debtor

6

7                    UNITED STATES BANKRUPTCY COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         [Sacramento Division]

10

11  In re:                              Case No. 13-29556-C-11

12                                      Docket Control No. [n/a]
    COLMAR PROPERTIES, L.L.C.,
13

14

15                    Debtor.

16                    **NOTICE OF RELATED CASES**

17  TO:  Clerk, United States Bankruptcy Court

18      Colmar Properties, L.L.C. (the "Debtor") advises the court pursuant to Local

19  Bankruptcy Rule 1015-1(a) that its above-captioned case is related to the following case:

20  In re Intex Forms, Inc., U.S. Bankruptcy Court, Northern District of California, Case No. 04-

21  33095 TEC 11 (the "Intex Case").

22      The Debtor owns 100% of the share of Intex Forms, Inc., the debtor in the Intex

23  Case.  After confirmation of a Plan of Reorganization, the Intex Case was closed on

24  September 11, 2012.  The Intex Case was recently reopened on the application of Intex

25  Forms, Inc., so that Intex Forms, Inc., could obtain an examination of its former counsel

26  ////

27

28

wpdocs-mary/colmar properties/related case notice

under Federal Rule of Bankruptcy Procedure 2004.  The estate in the  Intex Case has been fully administered and otherwise there is no other activity in the Intex Case.

.

Dated: 07.26.2013

MEEGAN, HANSCHU & KASSENBROCK

By: _____
Anthony Asebedo
Proposed Attorneys for the Debtor